# Court of Appeals
# of the State of Georgia

ATLANTA, February 16, 2023

*The Court of Appeals hereby passes the following order:*

**A22A1595.  ROCKBRIDGE ENTERPRISE, INC. v. LYNCH.**

On May 18, 2022, this Court granted APPELLANT'S application for interlocutory appeal. Having reviewed the appellant's brief[1] and the record now before us, we DISMISS the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,  02/16/2023*
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Appellee did not file a brief.